UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE, TENNESSEE

| | |
|---|---|
| AMERICA'S COLLECTIBLES NETWORK, INC. )<br>d/b/a Jewelry Television, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYNDICATE 1414, SYNDICATE 2003, )<br>SYNDICATE 382, SYNDICATE 510, )<br>SYNDICATE 2791, SYNDICATE 2488, )<br>SYNDICATE 1221, SYNDICATE 4472, )<br>SYNDICATE 4000, SYNDICATE 1036, )<br>and ALL UNDERWRITERS SUBSCRIBING )<br>TO LLOYD'S LONDON POLICIES ISSUED )<br>UNDER CERTIFICATE NO. GLGL000/9402, )<br>)<br>Defendants. ) | No.: 3:08-cv-96<br>(VARLAN/GUYTON) |

## AGREED ORDER TO DEPOSE TRACY BALL

Upon agreement of the parties, as evidenced by the signatures of counsel below, it is hereby **ORDERED**, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Unopposed Motion to Depose a Person Confined in Prison, that the parties are granted leave to depose Tracy Ball, an inmate with the New York State Department of Correctional Services bearing the Department Identification Number (DIN) 08R0255, Date of Birth 05/07/1957, Date Received 01/24/2008, currently incarcerated in Ogdensburg Correctional Facility, One Correction Way, Ogdensburg, New York 13669-2288.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:


/s/Martin B. Bailey
Martin B. Bailey, BPR #015370
**WAGNER, MYERS & SANGER, P.C.**
1801 First Tennessee Plaza
P.O. Box 1308
Knoxville, TN 37901-1308
(865) 525-4600
(865) 291-0419 (fax)

Stephen E. Roth, BPR #012233
**AMERICA'S COLLECTIBLES NETWORK, INC.**
10001 Kingston Pike, Suite 34
Knoxville, Tennessee 37922
(865) 692-2820
(865) 692-6020 (fax)



/s/Stephen E. Yeager
Stephen E. Yeager, BPR #013132
**LOWE & YEAGER**
1950 Riverview Tower
900 S. Gay Street
Knoxville, TN 37902
(865) 521-6527
(865) 637-0540 (fax)

Michael A. Bono
**WADE CLARK MULCAHY**
111 Broadway
New York, NY 10006
(212) 267 1900
(212) 267 9470 (fax)

2